Case 2:23-cv-00237   Document 20   Filed on 06/04/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 04, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LAUREN KUZNIAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-00237 |
| | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | | |

## FINAL JUDGMENT

In accordance with the Memorandum and Order entered on June 4, 2024 (Doc. No. 19), it is hereby ORDERED and ADJUDGED that the decision of the Commissioner of the Social Security Administration denying Plaintiff Lauren Kuzniar's request for benefits is AFFIRMED.

It is further ORDERED that this case is DISMISSED.

This is a final, appealable judgment.

ORDERED on June 4, 2024.

_____
MITCHEL NEUROCK
United States Magistrate Judge